**2007–0140. Barnes v. Univ. Hosp. of Cleveland.**
Cuyahoga App. No. 87247, 87285, 87710, 87903, and 87946. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration the motion of MedLink of Ohio and The MedLink Group, Inc., to supplement record,
It is ordered by the court that the motion is denied.

## RECONSIDERATION OF PRIOR DECISIONS

**2007–0111. State ex rel. DaimlerChrysler Corp. v. Majerowski.**
Franklin App. No. 05AP–1103, 2006-Ohio-6428. Reported at 114 Ohio St.3d 1486, 2007-Ohio-3782, 870 N.E.2d 1194. On motion for reconsideration. Motion denied.

## MISCELLANEOUS DISMISSALS

**2006–2182. State of Ohio ex rel. Dann v. Marshall.**
Scioto App. No. 05CA3004, 2006-Ohio-5357. This cause is pending before the court as an appeal from the Court of Appeals for Scioto County. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.